IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FLASH-CONTROL LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>INTEL CORPORATION,<br><br>      Defendants. | Civil Action No. 6:20-cv-00360-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES**

Plaintiff Flash-Control LLC ("Flash-Control") and Defendant Intel Corporation. ("Intel") (collectively, "the Parties") respectfully request that the Court stay all pending deadlines in the case, until completion of the appeals process in *Flash-Control, LLC v. Intel Corporation,* 1:19-cv-01107-ADA ("*Flash-Control I*"). That appeal relates to whether the asserted claims of U.S. Patent Nos. 8,531,880 (the '880 patent) and 8,817,537 (the '537 patent) have adequate written description support in their specification under 35 U.S.C. § 112.  The two asserted patents in this case, U.S. Patent Nos. 9,257,184 (the '184 patent) and 9,792,219 (the '219 patent) are continuations of the '880 patent and the '537 patent and share the same specification.  Thus the appeal proceedings may have relevance to the '184 and '219 patents. The requested stay is not for delay but only to allow for an orderly resolution of this lawsuit.

Flash-Control is concurrently filing a joint motion to stay *Flash-Control, LLC v. Micron Technology Inc*., 6:20-cv-00361, which is the only other action in which Flash-Control is asserting the '184 and '219 patents.  Accordingly, granting both joint motions will preserve the Court's and

parties' resources by suspending all district court activity on the '880, '537, '184, and '219 patents until resolution of the above appeal proceedings.

DATED: August 20, 2020

| | |
|---|---|
| DEVLIN LAW FIRM LLC | KELLY HART & HALLMAN LLP |
| By:  /s/*Alex Chan* _____<br>Timothy Devlin<br>tdevlin@devlinlawfirm.com<br>Jim Lennon<br>jlennon@devlinlawfirm.com<br>Derek Dahlgren<br>ddahlgren@devlinlawfirm.com<br>Alex Chan<br>Texas State Bar No. 24108051<br>achan@devlinlawfirm.com<br>1526 Gilpin Ave.<br>Wilmington, Delaware 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>*Attorneys for Plaintiff,*<br>*Flash-Control LLC* | By: /s/ *Stephen Ravel*_____<br>J. Stephen Ravel<br>Texas State Bar No. 16584975<br>**KELLY HART & HALLMAN LLP**<br>303 Colorado Street, Suite 2000<br>Austin, TX 78701<br>Telephone: (512) 495-6429<br>Facsimile: (512) 495-6401<br>steve.ravel@kellyhart.com<br><br>James E. Wren<br>Texas State Bar No. 22018200<br>1 Bear Place, Unit 97288<br>Waco, Texas 76798<br>Tel: (254) 710-7670<br>Email: james.wren@baylor.edu<br><br>*Attorneys for Defendant,*<br>*Intel Corporation.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 20, 2020.

                                       */s/ Alex Chan*
                                       Alex Chan